IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| VLADIMIR OKHOTNIKOV, JANE DOE a/k/a LOLA FERRARI, MIKAIL SERGEEV, SERGEY MASLAKOV, SAMUEL D. ELLIS, MARK F. HAMLIN, SARAH L. THEISSEN, CARLOS L. MARTINEZ, RONALD R. DEERING, CHERI BETH BOWEN, and ALISHA R. SHEPPERD, | ) ) ) ) ) ) Case No. 22 C 3978 ) ) Judge Jorge L. Alonso ) ) ) ) ) |
| Defendants. | ) ) |

## SCHEDULING ORDER

Upon review of the parties' Joint Fed. R. Civ. P. 26(f) and Initial Status Report (Dkt# 78), the Court hereby enters the following schedule to govern the remainder of pretrial proceedings in this matter pursuant to Fed. R. Civ. P. 16(b):

### Bifurcated Track

Pursuant to the prior partial judgments entered by the Court, the remainder of this proceeding as to Defendants Mark F. Hamlin, Sarah L. Theissen, Carlos L. Martinez, Cheri Beth Bowen, Alisha R. Shepperd, and Ronald R. Deering is limited to the Court's determination as a matter of law of the amount of disgorgement, prejudgment interest, and civil penalties to be assessed. Accordingly, all discovery under the Bifurcated Track will be limited to these issues.

Nevertheless, in proceedings under the Full Track below, the SEC and Defendant Vladimir Okhotnikov may issue additional discovery to, and take depositions of, the bifurcating defendants if relevant to a determination of the issues at stake in the Full Track. In addition, the bifurcating defendants may be subpoenaed to the trial of this matter under the Full Track if the matter is not resolved through settlement or dispositive motion.

The following deadlines shall apply to the Bifurcated Track:

1. Deadline to exchange Fed. R. Civ. P. 26(a)(1) disclosures: **January 31, 2023**

2. Deadline to complete fact discovery: **June 30, 2023**

3. Deadline for Fed. R. Civ. P. 26(a)(2) expert disclosures and reports: **July 28, 2023**

4. Deadline for Fed. R. Civ. P. 26(a)(2) rebuttal expert disclosures and reports: **August 25, 2023**

5. Deadline to complete expert depositions and expert discovery: **September 22, 2023**

6. Deadline for the SEC to file motions for assessment of monetary relief: **October 13, 2023**

7. Deadline for Defendants to file oppositions to the SEC's motions for assessment of monetary relief: **30 days after the SEC's motions are filed**

8. Deadline for the SEC to file replies in support of its motions for assessment of monetary relief: **15 days after oppositions are filed**

**Full Track**

As to Defendant Vladimir Okhotnikov, full discovery will proceed as to the subjects of (i) whether Okhotnikov's conduct violated the registration and antifraud provisions of the federal securities laws; (ii) whether disgorgement, prejudgment interest, and civil penalties should be assessed against him, and, if so, in what amounts; (iii) the appropriateness of permanent injunctions against him; and (iv) whether the SEC's claims against him are barred, in whole or in part, by any affirmative defenses he raises.

The following deadlines shall apply to the Full Track:

1. Deadline to exchange Fed. R. Civ. P. 26(a)(1) disclosures: **March 31, 2023**

2. Deadline to amend pleadings: **May 1, 2023**

3. Deadline to complete fact discovery: **March 29, 2024**

4. Deadline for Fed. R. Civ. P. 26(a)(2) expert disclosures and reports: **April 26, 2024**

5. Deadline for Fed. R. Civ. P. 26(a)(2) rebuttal expert disclosures and reports: **May 24, 2024**

6. Deadline to complete expert depositions and expert discovery: **June 21, 2024**

7. Deadline to file dispositive motions, including motions for summary judgment pursuant to LR 56.1: **July 21, 2024**

8. Deadline to file oppositions to dispositive motions, including motions for summary judgment pursuant to LR 56.1: **30 days after dispositive motions are filed**

9. Deadline to file replies in support of dispositive motions, including motions for summary judgment pursuant to LR 56.1: **15 days after oppositions to dispositive motions are filed**

10. Pretrial conference: **To be set by the Court after dispositive motions are resolved**

11. Deadline to file proposed final pretrial order and submissions pursuant to LR 16.1: **To be set by the Court after dispositive motions are resolved**

12. Trial: **To be set by the Court at the pretrial conference**

### Cooperation in Depositions

Under both the Bifurcated Track and the Full Track, the parties are directed to cooperate with one another in good faith in the use of videoconferencing systems if necessary for purposes of depositions in light of the global pandemic. To the extent the parties are unable to reach an agreement on a video deposition, they shall present the matter to the Court. The Court hereby orders that for purposes of the 7-hour time limit for depositions under Fed. R. Civ. P. 30, technical problems or difficulties encountered during a video deposition shall be excluded from that time limit.

Dated: January 17, 2023

_____
Jorge L. Alonso
United States District Judge