IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VLADIMIR OKHOTNIKOV, | ) |
| JANE DOE a/k/a LOLA FERRARI, | ) |
| MIKAIL SERGEEV, | ) |
| SERGEY MASLAKOV, | ) Case No. 22 C 3978 |
| SAMUEL D. ELLIS, | ) |
| MARK F. HAMLIN, | ) Judge Jeremy C. Daniel |
| SARAH L. THEISSEN, | ) |
| CARLOS L. MARTINEZ, | ) |
| RONALD R. DEERING, | ) |
| CHERI BETH BOWEN, and | ) |
| ALISHA R. SHEPPERD, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FIFTH JOINT STATUS REPORT**

In accordance with the Court's Minute Entry of April 9, 2024 (Dkt# 147), the parties respectfully submit this Joint Status Report.

**Current Status**

1. Pursuant to the prior Minute Entry entered by Judge Alonso on March 28, 2023 (Dkt# 142), all proceedings in this matter, including discovery, remain stayed in light of the related criminal action styled as *U.S. v. Okhotnikov et al.*, Case No. 23 CR 57 (D. Or. 2023). The criminal action is currently pending.

**Status Prior to the Stay as to Each Defendant**

2. *Vladimir Okhotnikov*. Okhotnikov moved to dismiss the Complaint (Dkt# 72), the SEC filed an opposition (Dkt# 84), and Okhotnikov filed a reply (Dkt# 89). That motion remains pending in light of the stay. As for discovery, the SEC and Okhotnikov are subject to the Full

Track as noted in the prior Scheduling Order (Dkt# 93) and Magistrate's Order (Dkt# 97).[1] Discovery between the SEC and Okhotnikov had not yet commenced, however, by the time the stay was entered.

3. *Lola Ferrari/Mikhail Sergeev/Sergey Maslakov*. Partial default judgments were entered on February 7, 2023 and March 21, 2023 (Dkt# 111, 133). As set forth therein, the only remaining issue for determination as to these defendants is the amount of disgorgement, prejudgment interest, and civil penalties to be assessed.

4. *Samuel D. Ellis*. Final judgment was entered as to Ellis on August 9, 2022 (Dkt# 16), and the case against him therefore is resolved in full.

5. *Mark F. Hamlin, Sarah L. Theissen, Carlos L. Martinez, Ronald R. Deering, Cheri Beth Bowen, and Alisha R. Shepperd*. Partial judgments were entered as to each of these defendants (Dkt# 15, 25, 33, 71, 77, 83), leaving only the amount of disgorgement, prejudgment interest, and civil penalties to be assessed in the course of further proceedings in this case. As for discovery, the SEC and these defendants are subject to the Bifurcated Track as noted in the prior Scheduling Order (Dkt# 93) and Magistrate's Orders (Dkt# 98, 137). Before the stay, the SEC and these defendants exchanged initial disclosures, and the SEC made an initial production of documents. The parties also served their first sets of interrogatories and requests for production, but the parties' respective responses thereto were not due to be served, nor had any additional discovery taken place, by the time the stay was entered.

---

[1] As set forth by the parties in their Joint Fed. R. Civ. P. 26(f) and Initial Status Report (Dkt# 78) and as adopted in the prior Scheduling Order (Dkt# 93), discovery in this case would proceed under two separate tracks: the Full Track, as to Okhotnikov, and the Bifurcated Track, as to the other defendants (as noted in Paragraph 5 above).

- 3 -

DATED: April 16, 2024							Respectfully submitted,

 /s/ Patrick R. Costello						 /s/ James G. Lundy (*by express permission*)
Patrick R. Costello						James G. Lundy
Christopher J. Carney						Foley & Lardner LLP
Securities and Exchange Commission				Telephone: (312) 832-4992
Telephone: (202) 551-3982					Email: jglundy@foley.com
Email: costellop@sec.gov

								*Counsel for Vladimir Okhotnikov*


 /s/ Ryan Willis (*by express permission*)				 /s/ Gregg N. Sofer (*by express permission*)
Ryan Willis							Gregg N. Sofer
Dysart Willis							Jennifer Cavner
Telephone: (919) 747-8380					Husch Blackwell LLP
Email: ryan@dysartwillis.com					Telephone: (512) 472-5456
								Email: Gregg.sofer@huschblackwell.com


*Counsel for Mark F. Hamlin*						*Counsel for Sarah L. Theissen*


 /s/ Bruce Lewitas (*by express permission*)				 /s/ Peter King (*by express permission*)
Lewitas Hyman							Peter King
Telephone: (844) 260-5460					Guerra King P.A.
Email: blewitas@securitieslaw.com				Telephone: (813) 347-5126
								Email: pking@guerraking.com


*Counsel for Carlos L. Martinez*					*Counsel for Ronald R. Deering*


 /s/ Matthew Mueller (*by express permission*)
Matthew Mueller
Fogarty Mueller Harris, PLLC
Telephone: (813) 682-1730
Email: matt@fmhlegal.com

*Counsel for Alisha R. Shepperd*

**CERTIFICATE OF SERVICE**

  I certify that on April 16, 2024, I caused to be served the foregoing FIFTH JOINT STATUS REPORT on the parties at the addresses and by the means set forth on the attached Service List.

                /s/ Patrick R. Costello
                Patrick R. Costello

- 2 -

**Service List**

| | |
|---|---|
| **Vladimir Okhotnikov**<br>c/o James G. Lundy<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>jglundy@foley.com<br><br>Sergei Kuchinski<br>Kuchinski Law Group, LLC<br>211 West Wacker Dr., Suite 300<br>Chicago, IL 60606<br>sergei@kuchinskilawgroup.com<br><br>Sami Azhari<br>Azhari LLC<br>134 N. Lasalle Street, Suite 444<br>Chicago, IL 60602<br>sazhari@azharillc.com | By CM/ECF |
| **Mark F. Hamlin**<br>c/o Ryan Willis, Christian Dysart, James Kurosad<br>Dysart Willis<br>530 Hillsborough Street, Suite 200<br>Raleigh, NC 27603<br>ryan@dysartwillis.com<br>cdysart@maynardnexsen.com<br>james@dysartwillis.com | By CM/ECF |
| **Sarah L. Theissen**<br>c/o Gregg N. Sofer and Jennifer Cavner<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093<br>Gregg.sofer@huschblackwell.com<br>jennifer.cavner@huschblackwell.com | By CM/ECF |
| **Carlos L. Martinez**<br>c/o Bruce Lewitas<br>Lewitas Hyman<br>161 N. Clark St., Suite 1600<br>Chicago, IL 60601<br>blewitas@securitieslaw.com | By CM/ECF |

- 3 -

| | |
|---|---|
| **Ronald R. Deering**<br>c/o Peter King<br>Guerra King P.A.<br>The Towers at Westshore<br>1408 N. Westshore Blvd., Suite 1010<br>Tampa, FL 33607<br>pking@guerraking.com<br><br>David A. Baugh<br>O'Hagan Meyer, LLC<br>One E. Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>dbaugh@ohaganmeyer.com | By CM/ECF |
| **Cheri Beth Bowen**, pro se<br>719 Leesburg Road<br>Pelahatchie, MS 39145<br>cheribethbowen@gmail.com | By electronic mail |
| **Alisha R. Shepperd**<br>c/o Matthew Mueller<br>Fogarty Mueller Harris, PLLC<br>501 E. Kennedy Blvd., Suite 1030<br>Tampa, FL 33602<br>matt@fmhlegal.com | By CM/ECF |
| **United States as Intervenor**<br>c/o Sara Hallmark, Tian Huang<br>U.S. Department of Justice<br>1400 New York Ave. NW<br>Washington, DC 20005<br>sara.hallmark2@usdoj.gov<br>tian.huang@usdoj.gov | By CM/ECF |