IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VLADIMIR OKHOTNIKOV, )<br>JANE DOE a/k/a LOLA FERRARI, )<br>MIKAIL SERGEEV, )<br>SERGEY MASLAKOV, )<br>SAMUEL D. ELLIS, )<br>MARK F. HAMLIN, )<br>SARAH L. THEISSEN, )<br>CARLOS L. MARTINEZ, )<br>RONALD R. DEERING, )<br>CHERI BETH BOWEN, and )<br>ALISHA R. SHEPPERD, )<br>)<br>Defendants. )<br>_____ ) | Case No. 22 C 3978<br><br>Judge Jeremy C. Daniel |

## SEVENTH JOINT STATUS REPORT

In accordance with the Court's Minute Entry of October 16, 2024 (Dkt# 153), the parties respectfully submit this Joint Status Report.

### Current Status

1. Pursuant to the Court's Minute Entries of April 17, 2024 and October 16, 2024 (Dkt# 150, 153) and Judge Alonso's prior Minute Entry of March 28, 2023 (Dkt# 142), all proceedings in this case, including discovery, have remained stayed in light of the related criminal action styled as *U.S. v. Okhotnikov et al.*, Case No. 23 CR 57 (D. Or. 2023).

2. The United States respectfully states that the criminal action remains pending, and the criminal investigation is ongoing.

3. In their Fifth and Sixth Joint Status Reports of April 16, 2024 and October 15, 2024 (Dkt# 149, 152), the parties described the status of this case as to each Defendant prior to entry of the stay.

DATED: April 11, 2025  Respectfully submitted,

/s/ Patrick R. Costello
Patrick R. Costello
Christopher J. Carney
Securities and Exchange Commission
Telephone: (202) 551-3982
Email: costellop@sec.gov

/s/ Sara Hallmark (*by express permission*)
Sara Hallmark
Tian Huang
U.S. Department of Justice
Telephone: (202) 598-2523
Email: sara.hallmark2@usdoj.gov

/s/ Sergei Kuchinski (*by express permission*)
Sergei Kuchinski
Kuchinski Law Group, LLC
Telephone: (312) 765-7365
Email: sergei@kuchinskilawgroup.com

*Counsel for Vladimir Okhotnikov*

/s/ Mark F. Hamlin (*by express permission*)
Mark F. Hamlin
Telephone: (804) 305-1975
Email: markhamlin11@gmail.com

*Pro Se*

/s/ Jennifer Cavner (*by express permission*)
Jennifer Cavner
Husch Blackwell LLP
Telephone: (512) 472-5456
Email: jennifer.cavner@huschblackwell.com

*Counsel for Sarah L. Theissen*

/s/ Bruce Lewitas (*by express permission*)
Bruce Lewitas
Lewitas Hyman
Telephone: (844) 260-5460
Email: blewitas@securitieslaw.com

*Counsel for Carlos L. Martinez*

/s/ Peter King (*by express permission*)
Peter King
Guerra King P.A.
Telephone: (813) 347-5126
Email: peter@kingadr.com

*Counsel for Ronald R. Deering*

/s/ Matthew Mueller (*by express permission*)
Matthew Mueller
Fogarty Mueller Harris, PLLC
Telephone: (813) 682-1730
Email: matt@fmhlegal.com

*Counsel for Alisha R. Shepperd*

/s/ Cheri Beth Bowen (*by express permission*)
Cheri Beth Bowen
Telephone: (601) 918-7028
Email: cheribethbowen@gmail.com

*Pro Se*

## **CERTIFICATE OF SERVICE**

      I certify that on April 11, 2025, I caused to be served the foregoing SEVENTH JOINT STATUS REPORT on the parties at the addresses and by the means set forth on the attached Service List.

                                                  /s/ Patrick R. Costello
                                                  Patrick R. Costello

- 2 -

**Service List**

| | |
|---|---|
| **Vladimir Okhotnikov**<br>c/o Sergei Kuchinski<br>Kuchinski Law Group, LLC<br>211 West Wacker Dr., Suite 300<br>Chicago, IL 60606<br>sergei@kuchinskilawgroup.com<br><br>James G. Lundy<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>jglundy@foley.com<br><br>Sami Azhari<br>Azhari LLC<br>134 N. Lasalle Street, Suite 444<br>Chicago, IL 60602<br>sazhari@azharillc.com | By CM/ECF |
| **Sarah L. Theissen**<br>c/o Jennifer Cavner<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093<br>jennifer.cavner@huschblackwell.com | By CM/ECF |
| **Carlos L. Martinez**<br>c/o Bruce Lewitas<br>Lewitas Hyman<br>161 N. Clark St., Suite 1600<br>Chicago, IL 60601<br>blewitas@securitieslaw.com | By CM/ECF |
| **Alisha R. Shepperd**<br>c/o Matthew Mueller<br>Fogarty Mueller Harris, PLLC<br>501 E. Kennedy Blvd., Suite 1030<br>Tampa, FL 33602<br>matt@fmhlegal.com | By CM/ECF |

- 3 -

| | |
|---|---|
| **Ronald R. Deering**<br>c/o Peter King<br>Guerra King P.A.<br>The Towers at Westshore<br>1408 N. Westshore Blvd., Suite 1010<br>Tampa, FL 33607<br>peter@kingadr.com<br><br>David A. Baugh<br>Saretsky Hart Michaels & Gould<br>118 N. Clinton St., Suite 425<br>Chicago, IL 60661<br>dbaugh@saretsky.com | By CM/ECF |
| **Cheri Beth Bowen**, pro se<br>719 Leesburg Road<br>Pelahatchie, MS 39145<br>cheribethbowen@gmail.com | By electronic mail |
| **Mark F. Hamlin**, pro se<br>2515 Fleet Avenue<br>Henrico, VA 23228<br>markhamlin11@gmail.com | By electronic mail |
| **United States as Intervenor**<br>c/o Sara Hallmark, Tian Huang<br>U.S. Department of Justice<br>1400 New York Ave. NW<br>Washington, DC 20005<br>sara.hallmark2@usdoj.gov<br>tian.huang@usdoj.gov | By CM/ECF |